No. 1261, Misc. O'DAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1266, Misc. WILLIAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *William M. Ryan* for petitioner. *Solicitor General Marshall* for the United States.

No. 1275, Misc. BANKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1280, Misc. JACKSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Marshall* for the United States.

No. 1284, Misc. KELLER *v.* SIMPSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1287, Misc. STILTNER *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 1289, Misc. MERNEIGH *v.* DUTTON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1292, Misc. VAN GELDERN *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1291, Misc. LOUX *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. James E. Kennedy* for respondent.